■ In the Matter of JOHN LEONARDO, Appellant, v ELAINA LEONARDO, Respondent. (Appeal No. 2.) [942 NYS2d 847]—Appeal from an order of the Supreme Court, Onondaga County (Michael L. Hanuszczak, A.J.), entered January 18, 2011 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded respondent-petitioner sole custody of the subject children.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Sconiers and Martoche, JJ.